**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Raymond LONG, Defendant— Appellant.**

**No. 03–50149.**

United States Court of Appeals, Ninth Circuit.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted May 10, 2004.*

Decided May 19, 2004.

Ronald L. Cheng, Esq., Office of the U.S. Attorney, Andrew G. Brown, Los Angeles, CA, for Plaintiff–Appellee.

Frank Duncan, Esq., Raymond Long, Los Angeles, CA, Vicki Marolt Buchanan, Esq., Newport Beach, CA, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

## MEMORANDUM **

Raymond Long appeals his guilty-plea conviction and 262 month sentence for distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Long has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Long has not filed a pro se supplemental brief. The government has not filed a brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.